

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-21-00392-CV

**EILENBERGER'S, INC.** d/b/a Sunshine Distributors of SA and William L. Jones,
Appellants

v.

**WESTPOINT HOME, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08806
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

On May 19, 2022, we abated this appeal and remanded it to the trial court for entry of a final, appealable judgment. *See Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). On July 7, 2022, the district clerk filed a supplemental clerk's record containing an order that "disposes of all remaining claims and parties in the lawsuit." *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). We therefore lift the May 19, 2022 abatement and reinstate this appeal to our docket.

This cause has been set for formal submission ON BRIEFS ONLY before this Court on September 6, 2022, before a panel consisting of Justice Patricia O. Alvarez, Justice Irene Rios, and Justice Beth Watkins.

It is so **ORDERED** on July 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT